Filed: 9/18/2015 7:52:33 PM
Richard Barton,
District Clerk
Duval County, Texas

Ruby Espinosa

CAUSE NO. DC-13-112-A

| | | |
|---|---|---|
| RAFAEL ZUNIGA | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | DUVAL COUNTY, TEXAS |
| | § | |
| ESSEX INSURANCE COMPANY | § | 229th JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/23/2015 8:33:28 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Essex Insurance Company, Defendant, in the above-referenced cause, gives this notice that it is appealing the Order Vacating Order Denying Rule 91a Motions to Dismiss, Granting Rule 91a Motions to Dismiss, and Awarding Zero Dollars in Attorneys' Fees signed March 26, 2015 ("Final Order"), that was severed into and made final by an Order Granting Defendant Essex Insurance Company's Motion to Sever signed on August 6, 2015, and all prior and contemporaneous rulings that are merged into the Final Order. The appeal is taken to the Fourth Court of Appeals at San Antonio, Texas.

Respectfully submitted,

COZEN O'CONNOR

Joseph A. Ziemianski
Texas State Bar No. 00797732
Bryan P. Vezey
Texas State Bar No. 00788583
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
E-mail: jziemianski@cozen.com
E-mail: bvezey@cozen.com

ATTORNEYS FOR DEFENDANT,
ESSEX INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served on all counsel of record via the Court's electronic filing system and facsimile on September 18, 2015.

Joseph A. Ziemianski